STATE OF MAINE
KENNEBEC, ss

RECEIVED AND FILED
KENNEBEC

7009 JAN 15 A 11: 20

CLERK OF COURTS

SUPERIOR COURT
CRIMINAL ACTION
DOCKET NO. CR-08-407
/V/M – KEN – 1/15/2009

STATE OF MAINE

v.                                                    ORDER ON MOTION TO SUPPRESS

DOUGLAS HARRIMAN,

       Defendant

The defendant seeks to suppress evidence obtained as a result of the stop of the vehicle he was operating. The defendant argues that the stop was unlawful. For the following reasons, the motion is denied.

FINDINGS

Monmouth Police Officer Evan Franklin has been a law enforcement officer for approximately 1.5 years. He met James Phillips, a former Monmouth officer and current Auburn Police Officer, who had arrested the defendant for OUI several years previously, at the Monmouth Rescue parking lot on 5/22/08 at approximately 11:40 a.m. (State's Exs. 1, 2.) Officer Phillips reported that he had been in the Monmouth Credit Union and noticed a strong odor of intoxicating beverage on the defendant's breath. Officer Phillips gave to Officer Franklin the license plate number and a physical description of the vehicle, a green truck, operated by the defendant. Officer Phillips also stated that the defendant had a conditional Q license, which means that the defendant could consume no alcohol prior to operation. Officer Franklin did not know what that license status meant at the time, although he knew there was some

1

significance. Officer Phillips stated that he believed the defendant was operating under the influence.

Officer Franklin proceeded toward Route 202 in Monmouth, looked for the vehicle described by Mr. Phillips, and located the vehicle as described and with the license plate noted by Officer Phillips. Officer Franklin called Chief Robert Annese of the Monmouth Police Department and reported to Chief Annese the information Officer Phillips had given to Officer Franklin. Officer Franklin asked if he could stop the vehicle; because he was "so new," he wanted to check to determine whether he was allowed to make the stop. Officer Franklin watched the truck proceed into a Kwik Stop parking lot and saw the defendant reenter the vehicle and eventually leave the parking lot, just as Officer Franklin was concluding his phone conversation with Chief Annese. Chief Annese told Officer Franklin to stop the vehicle. Officer Franklin followed the truck for a very short distance but did not note any problems with operation. Officer Franklin stopped the truck, based primarily on the information provided by Officer Phillips.

CONCLUSIONS

The information from Officer Phillips provided a sufficient basis for the stop. See State v. Sampson, 669 A.2d 1326, 1328 (Me. 1996). In Sampson, the police received an anonymous tip that a "possible drunk driver had just been through the drive-in window at Dunkin' Donuts" along with a description of the car, its location, its direction, and license plate. Id. at 1327. The information was corroborated when the officer located the car in close proximity to the area where the car had been reported within two minutes of receiving the information. Id. at 1328. At the time of the stop, the tip had been sufficiently corroborated to provide a reasonable articulable suspicion that the defendant was engaged in criminal activity and justified the stop. Id.; see State v.

2

Burgess, 2001 ME 117, ¶ 8, 776 A.2d 1223, 1227 ("investigatory stop based on a tip need not be corroborated by an officer's observation of suspicious conduct"); State v. Carr, 1997 ME 221, ¶ 7, 704 A.2d 353, 356 ("Reasonable and articulable suspicion to conduct an investigatory stop can rest on the collective knowledge of the police." (citing State v. Gervais, 394 A.2d 1183, 1189 (Me. 1978))).

The entry is

The Defendant's Motion to Suppress is DENIED.

Date: January 15, 2009

Nancy Mills
Justice, Superior Court

STATE OF MAINE
  vs
DOUGLAS K HARRIMAN
PO BOX 185
MONMOUTH ME 04259

SUPERIOR COURT
KENNEBEC, ss.
Docket No   AUGSC-CR-2008-00407

**DOCKET RECORD**

DOB: 01/07/1965
Attorney: SHERRY TASH                    State's Attorney: EVERT FOWLE
          HAINKE & TASH
          PO BOX 192
          WHITEFIELD ME 04353
          APPOINTED 05/29/2008

Filing Document: CRIMINAL COMPLAINT          Major Case Type: FELONY (CLASS A,B,C)
Filing Date: 05/23/2008

## Charge(s)

1   OPERATING UNDER THE INFLUENCE-2 PRIORS     05/22/2008 MONMOUTH
Seq 11170 29-A  2411(1-A)(B)(2)        Class C

## Docket Events:

05/23/2008 FILING DOCUMENT -  CRIMINAL COMPLAINT FILED ON 05/23/2008

05/28/2008 Charge(s): 1
           HEARING -  INITIAL APPEARANCE SCHEDULED FOR 07/29/2008 @ 10:00

           NOTICE TO PARTIES/COUNSEL
05/29/2008 Charge(s): 1
           HEARING -  INITIAL APPEARANCE HELD ON 05/23/2008
           ROBERT E MULLEN , JUDGE
05/29/2008 Charge(s): 1
           HEARING -  STATUS CONFERENCE SCHEDULED FOR 07/29/2008 @ 10:00

05/29/2008 Charge(s): 1
           PLEA -  NO ANSWER ENTERED BY DEFENDANT ON 05/23/2008

05/29/2008 BAIL BOND - $1,000.00 CASH BAIL BOND SET BY COURT ON 05/23/2008
           ROBERT E MULLEN , JUDGE
           NO USE OR POSSESSION OF ALCOHOL/DRUGS, NOT POSSESS SAME; SEARCH AT ANY TIME; NOT OPERATE A
           MV UNLESS LICENSED TO DO SO
05/29/2008 BAIL BOND -  CASH BAIL BOND COMMITMENT ISSUED ON 05/23/2008

05/29/2008 Charge(s): 1
           MOTION -  MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 05/28/2008

05/30/2008 Charge(s): 1
           MOTION -  MOTION FOR APPOINTMENT OF CNSL GRANTED ON 05/29/2008

           COPY TO PARTIES/COUNSEL
05/30/2008 Party(s): DOUGLAS K HARRIMAN
           ATTORNEY -  APPOINTED ORDERED ON 05/29/2008

Attorney:  SHERRY TASH
05/30/2008 Charge(s): 1
        HEARING -  STATUS CONFERENCE NOTICE SENT ON 05/29/2008


06/02/2008 BAIL BOND - $1,000.00 CASH BAIL BOND FILED ON 06/02/2008


06/02/2008 BAIL BOND - $1,000.00 CASH BAIL BOND FILED ON 06/02/2008


        Bail Receipt Type: CR
        Bail Amt:  $1,000
                                    Receipt Type: CK
        Date Bailed: 06/01/2008     Prvdr Name: DOUGLAS K HARRIMAN
                                    Rtrn Name: DOUGLAS K HARRIMAN


07/30/2008 Charge(s): 1
        HEARING -  STATUS CONFERENCE HELD ON 07/29/2008
        NANCY  MILLS , JUSTICE
07/30/2008 Charge(s): 1
        HEARING -  STATUS CONFERENCE SCHEDULED FOR 09/23/2008 @ 10:00


07/30/2008 Charge(s): 1
        HEARING -  STATUS CONFERENCE NOTICE SENT ON 07/30/2008


08/28/2008 Charge(s): 1
        HEARING -  STATUS CONFERENCE NOT HELD ON 08/28/2008


08/28/2008 Charge(s): 1
        HEARING -  ARRAIGNMENT SCHEDULED FOR 09/09/2008 @ 10:00


08/28/2008 Charge(s): 1
        HEARING -  ARRAIGNMENT NOTICE SENT ON 08/28/2008


08/28/2008 Charge(s): 1
        SUPPLEMENTAL FILING -  INDICTMENT FILED ON 08/28/2008


09/03/2008 LETTER -  REQUEST FOR PROTECTION FILED ON 09/03/2008


        Attorney:  SHERRY TASH
        WANTS THE ARRAIGNMENT TO BE AT 10:00 AM ON 9/9/08 INSTEAD OF 8:30 AM.
09/08/2008 ORDER -  TRANSCRIPT ORDER FILED ON 09/08/2008


09/09/2008 Charge(s): 1
        HEARING -  ARRAIGNMENT HELD ON 09/09/2008
        JOHN  NIVISON , JUSTICE
        READING WAIVED.  DEFENDANT INFORMED OF CHARGES.  COPY OF INDICTMENT/INFORMATION GIVEN TO
        DEFENDANT.  21 DAYS TO FILE MOTIONS
09/09/2008 Charge(s): 1
        PLEA -  NOT GUILTY ENTERED BY DEFENDANT ON 09/09/2008


09/18/2008 MOTION -  MOTION TO PREPARE TRANSCRIPT FILED BY DEFENDANT ON 09/08/2008


09/18/2008 MOTION -  MOTION TO PREPARE TRANSCRIPT GRANTED ON 08/18/2008
        JOSEPH M JABAR , JUSTICE

COPY TO PARTIES/COUNSEL
10/20/2008 MOTION - MOTION FOR ENLARGEMENT OF TIME FILED BY DEFENDANT ON 10/17/2008

10/20/2008 MOTION - MOTION TO SUPPRESS FILED BY DEFENDANT ON 10/20/2008

10/20/2008 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 12/05/2008 @ 8:30

NOTICE TO PARTIES/COUNSEL
10/20/2008 MOTION - MOTION FOR DISCOVERY FILED BY DEFENDANT ON 10/20/2008

10/21/2008 MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 10/20/2008
NANCY MILLS , JUSTICE
COPY TO PARTIES/COUNSEL
12/06/2008 HEARING - MOTION TO SUPPRESS CONTINUED ON 12/05/2008

12/06/2008 HEARING - MOTION FOR DISCOVERY SCHEDULED FOR 12/23/2008 @ 8:15

NOTICE TO PARTIES/COUNSEL
12/06/2008 HEARING - MOTION FOR DISCOVERY NOTICE SENT ON 12/05/2008

12/06/2008 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 12/23/2008 @ 8:15

NOTICE TO PARTIES/COUNSEL
12/06/2008 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 12/05/2008

12/16/2008 MOTION - MOTION FOR ENLARGEMENT OF TIME FILED BY DEFENDANT ON 12/16/2008

12/16/2008 MOTION - MOTION TO DISMISS FILED BY DEFENDANT ON 12/16/2008

TO DISMISS INDICTMENT
12/16/2008 ORDER - TRANSCRIPT ORDER FILED ON 12/16/2008

BY DEFENDANT OF ARRAIGNMENT AND COURT'S ADVISEMENT OF RICHTS IN AUGSC-CR-2002-1170
12/16/2008 MOTION - MOTION TO PREPARE TRANSCRIPT FILED BY DEFENDANT ON 12/16/2008

12/24/2008 HEARING - MOTION TO SUPPRESS HELD ON 12/23/2008
NANCY MILLS , JUSTICE
Attorney: SHERRY TASH
DA: JAMES MITCHELL          Reporter: JANETTE COOK
Defendant Present in Court
12/24/2008 MOTION - MOTION TO SUPPRESS UNDER ADVISEMENT ON 12/23/2008
NANCY MILLS , JUSTICE
12/26/2008 MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 12/26/2008
NANCY MILLS , JUSTICE
COPY TO PARTIES/COUNSEL
01/15/2009 MOTION - MOTION TO SUPPRESS DENIED ON 01/14/2009
NANCY MILLS , JUSTICE
COPY TO PARTIES/COUNSEL
01/15/2009 MOTION - MOTION TO PREPARE TRANSCRIPT GRANTED ON 12/17/2008
JOHN NIVISON , JUSTICE
COPY TO PARTIES/COUNSEL
01/15/2009 HEARING - MOTION FOR DISCOVERY HELD ON 12/23/2008
NANCY MILLS , JUSTICE

Defendant Present in Court

A TRUE COPY
ATTEST:
_____
Clerk

Printed on: 01/15/2009